# EXHIBIT B

## Case Description

| | |
|---|---|
| Case ID: | 220302583 |
| Case Caption: | ABDULLAH ETAL VS MEAD JOHNSON & COMPANY, LLC, ETAL |
| Filing Date: | Thursday , March 24th, 2022 |
| Court: | MAJOR JURY-COMPLEX |
| Location: | City Hall |
| Jury: | JURY |
| Case Type: | PRODUCT LIABILITY |
| Status: | WAITING TO LIST CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

| Motion | Assign/Date | Control No | Date/Received | Judge |
|---|---|---|---|---|
| PRELIMINARY OBJECTIONS | *pending* | 22043304 | 19-APR-2022 | ANDERS, DANIEL J |

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | FINKEN, TRACY A |

**Address:** ONE LOGAN SQUARE
130 N. 18TH ST.
SUITE 1600
PHILADELPHIA PA 19103
(215)735-0773
tfinken@anapolweiss.com

**Aliases:** *none*

| | | | | |
|---|---|---|---|---|
| 2 | | 1 | PLAINTIFF | ABDULLAH, TERRAINE |
| **Address:** 335 PASSMORE STREET PHILADELPHIA PA 19111 | | **Aliases:** none | | |
| 3 | | 1 | MINOR - PLAINTIFF | S, H |
| **Address:** 335 PASSMORE STREET PHILADELPHIA PA 19111 | | **Aliases:** none | | |
| 4 | | | DEFENDANT | MEAD JOHNSON & COMPANY LLC |
| **Address:** ILLINOIS CORPORATION SERVICE C 801 ADLAI STEVENSON DRIVE SPRINGFIELD IL 62703 | | **Aliases:** none | | |
| 5 | | | DEFENDANT | MEAD JOHNSON NUTRITION COMPANY |
| **Address:** ILLINOIS CORPORATION SERVICE C 801 ADLAI STEVENSON DRIVE SPRINGFIELD IL 62703 | | **Aliases:** none | | |
| 6 | | | DEFENDANT | ABBOTT LABORATORIES |
| **Address:** CT CORPORATION SYSTEM 208 SO. LASSALLE STREET SUITE 814 CHICAGO IL 60604 | | **Aliases:** none | | |
| 7 | | 10 | DEFENDANT | PA HOSPITAL OF THE UNIVERSITY OF PA HEALTH SYSTEM |
| **Address:** 3400 CIVIC CENTER BLVD PHILADELPHIA PA 19104 | | **Aliases:** PENNSYLVANIA HOSPITAL | | |

| | | | | |
|---|---|---|---|---|
| 8 | | 10 | DEFENDANT | TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA |
| **Address:** | 133 SOUTH 36TH STREET PHILADELPHIA PA 19104 | | **Aliases:** | PENN MEDICINE |
| 9 | | | TEAM LEADER | ANDERS, DANIEL J |
| **Address:** | 529 CITY HALL PHILADELPHIA PA 19107 | | **Aliases:** | none |
| 10 | | | ATTORNEY FOR DEFENDANT | YOUNG, JAMES A |
| **Address:** | BURNS WHITE LLC 1880 JOHN F. KENNEDY BOULEVARD 10TH FLOOR PHILADELPHIA PA 19103 (215)587-1625 jayoung@burnswhite.com | | **Aliases:** | none |
| 11 | | 10 | ATTORNEY FOR DEFENDANT | MARGULIES, RICHARD S |
| **Address:** | BURNS WHITE LLC 1880 JFK BLVD., 10TH FLR PHILADELPHIA PA 19103 (215)587-1600 rsmargulies@burnswhite.com | | **Aliases:** | none |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 24-MAR-2022 01:57 PM | ACTIVE CASE | | | 25-MAR-2022 09:34 AM |
| **Docket Entry:** | E-Filing Number: 2203054444 | | | |

| 24-MAR-2022 01:57 PM | COMMENCEMENT CIVIL ACTION JURY | FINKEN, TRACY A | 25-MAR-2022 09:34 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
[Final Cover]

**Docket Entry:** *none.*

| 24-MAR-2022 01:57 PM | COMPLAINT FILED NOTICE GIVEN | FINKEN, TRACY A | 25-MAR-2022 09:34 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
[FINAL - Abdullah Complaint - 2022.03.TBD (Pennsylvania Hospital) (Final) (003) Draft 2_(4623119_v1)_(4623230_v1).pdf]

**Docket Entry:** COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED.

| 24-MAR-2022 01:57 PM | JURY TRIAL PERFECTED | FINKEN, TRACY A | 25-MAR-2022 09:34 AM |
|---|---|---|---|

**Docket Entry:** 12 JURORS REQUESTED.

| 24-MAR-2022 01:57 PM | WAITING TO LIST CASE MGMT CONF | FINKEN, TRACY A | 25-MAR-2022 09:34 AM |
|---|---|---|---|

**Docket Entry:** *none.*

| 06-APR-2022 09:48 AM | AFFIDAVIT OF SERVICE FILED | | 08-APR-2022 10:33 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
186319.02_AFFIDAVIT_CDB0025C-D6BA-FF47-BC78-5C38A99B633F.pdf

**Docket Entry:** AFFIDAVIT OF SERVICE OF CIVIL ACTION COMPLAINT UPON TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA BY PERSONAL SERVICE ON 03/30/2022 FILED.

| 06-APR-2022 10:13 AM | AFFIDAVIT OF SERVICE FILED | | 08-APR-2022 10:34 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
186319.01_AFFIDAVIT_8DD01F64-5F51-A942-9C91-9CAAA8C95B47.pdf

**Docket Entry:** AFFIDAVIT OF SERVICE OF CIVIL ACTION COMPLAINT UPON PA HOSPITAL OF THE UNIVERSITY OF PA HEALTH SYSTEM BY PERSONAL SERVICE ON 03/30/2022 FILED.

| 18-APR-2022 12:07 PM | ENTRY OF APPEARANCE | YOUNG, JAMES A | 18-APR-2022 03:39 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
Abdullah EOA.pdf

**Docket Entry:** ENTRY OF APPEARANCE OF RICHARD S MARGULIES AND JAMES A YOUNG FILED. (FILED ON BEHALF OF TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA AND PA HOSPITAL OF THE UNIVERSITY OF PA HEALTH SYSTEM)

| 19-APR-2022 03:17 PM | PRELIMINARY OBJECTIONS | MARGULIES, RICHARD S | 19-APR-2022 04:15 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
Abdullah - Preliminary Objections to Complaint.pdf

**Docket Entry:** 04-22043304 PRELIMINARY OBJECTIONS TO PLANTIFF'S COMPLAINT FILED. RESPONSE DATE: 05/09/2022 (FILED ON BEHALF OF TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA AND PA HOSPITAL OF THE UNIVERSITY OF PA HEALTH SYSTEM)

| 26-APR-2022 01:51 PM | NOTICE OF INTENT/PARCP 1042.6 | MARGULIES, RICHARD S | 26-APR-2022 02:18 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
Abdullah - Notice of Intent to Non Pros.pdf

**Docket Entry:** NOTICE OF INTENT TO ENTER JUDGMENT OF NON PROS FOR FAILURE TO FILE CERTIFICATE OF MERIT TO TERRAINE ABDULLAH AND H S. CERTIFICATE OF SERVICE ATTACHED. (FILED ON BEHALF OF TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA AND PA HOSPITAL OF THE UNIVERSITY OF PA HEALTH SYSTEM)

| 29-APR-2022 12:04 PM | AFFIDAVIT OF SERVICE FILED | FINKEN, TRACY A | 29-APR-2022 12:12 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
Abdullah, Terraine - Service Affidavit.pdf

**Docket Entry:** AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON MEAD JOHNSON NUTRITION COMPANY AND MEAD JOHNSON & COMPANY LLC BY CERTIFIED MAIL ON 04/15/2022 FILED. (FILED ON BEHALF OF H S AND TERRAINE ABDULLAH)