IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERRAINE ABDULLAH, on her own behalf and as Parent and Natural Guardian of H.S., a Minor,

*Plaintiffs*,

v.

MEAD JOHNSON & COMPANY, LLC, MEAD JOHNSON NUTRITION COMPANY, ABBOTT LABORATORIES, THE PENNSYLVANIA HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM d/b/a PENNSYLVANIA HOSPITAL, and THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA d/b/a PENN MEDICINE,

*Defendants*.

Civil Action No. _____

(Formerly Case ID No. 220302583, Court of Common Pleas Philadelphia County)

## ADDENDUM REGARDING RELATED CASES

*In re: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation*, Multidistrict Litigation ("MDL") 3026, is currently pending and involves related cases. Abbott Laboratories believes the following cases are, or will be, included in MDL 3026 before Chief Judge Pallmeyer in the U.S. District Court for the Northern District of Illinois as a result of the Judicial Panel on Multidistrict Litigation's transfer and conditional transfer orders:

| **Plaintiff(s) Name(s)** | **Case Number** |
|---|---|
| Adams, Kamekia | 2:22-cv-00036 |
| Bookhart, Kimberlee | 4:22-cv-00032 |
| Brown, Deondrick, Sr.; Etienne, Rebekah | 3:21-cv-00687 |
| Childs, Alyhana | 1:22-cv-00711 |
| Clarke, Samatha | 4:22-cv-00144 |
| Crawford, Candace | 1:21-cv-00201 |
| Davis, Patriece | 5:21-cv-00481 |

| **Plaintiff(s) Name(s)** | **Case Number** |
|---|---|
| De Los Santos, Justin | 1:22-cv-01089 |
| Devine, Karrie | 1:22-cv-01197 |
| Donaldson, Rebecca | 4:22-cv-00147 |
| Feliciano, Selena | 1:22-cv-01439 |
| George, Ashia | 1:20-cv-02537 |
| Grosshuesh, Abigail | 1:22-cv-00363 |
| Gschwend, Jessica; Hodges, Justin | 1:22-cv-00197 |
| Hall, Shannon E. | 1:22-cv-00071 |
| Hughes, Tatyana | 4:22-cv-00157 |
| Hunte, Anika; Peterson, Dane | 3:20-cv-01626 |
| Kelton, Mary | 5:21-cv-02145 |
| Koeth, Katina | 1:21-cv-06234 |
| LaFond, Lisa; LaFond, Ashley; and LaFond, Angela[1] | 2:22-cv-00724 |
| Lincoln, Brianna | 4:22-cv-00033 |
| Littles, Lashanae | 5:21-cv-02146 |
| Mar, Ericka | 1:22-cv-00232 |
| McKinnon, Lisa; McKinnon, Todd | 2:22-cv-00422 |
| Medley, Darius; Robinson, Chakoya | 2:22-cv-00273 |
| Osmun, Klaire; Osmun, Joshua | 3:22-cv-05018 |
| Payne, Kerrie; Church, Eric Sr. | 4:22-cv-00230 |
| Pariani, Margurite[2] | 2:22-cv-00723 |
| Perkins, Laurie Lynn McCubbin; Perkins, Michael | 2:22-cv-00658 |
| Poston, Stephanie | 4:22-cv-00158 |
| Rhodes, Danitra | 1:22-cv-00239 |
| Richardson, Latrice | 2:21-cv-09932 |
| Rinehart, Anthony; Rinehart, Jessica | 1:22-cv-00192 |
| Sanchez Juan, Sara Melissa | 6:21-cv-00502 |
| Shindel, Erika | 1:22-cv-00561 |
| Silvers, Stephanie | 4:22-cv-00159 |
| Stuper, Megan | 1:22-cv-00204 |
| Taylor, Dorothy | 1:22-cv-00203 |
| Thomas, Trisha; Johnson-Merrida, Ameerah; Maeder, Nila; Eberhart, Maria; Viera, Virjinia; Forrest, Lisa; and Madison, Sylvia[3] | 4:22-cv-002460 |

---

[1] Abbott removed *LaFond, et al.* to the United States District Court for the Eastern District of California on April 27, 2022. While currently assigned to Judge Troy L Nunley, Abbott will be filing a "tag-along" order shortly.

[2] Abbott removed *Pariani* to the United States District Court for the Eastern District of California on April 27, 2022. While currently assigned to Judge Troy L Nunley, Abbott will be filing a "tag-along" order shortly.

[3] Abbott removed *Thomas, et al.* to the United States District Court for the Northern District of California on April 21, 2022. While currently assigned to Judge Haywood S Gilliam, Jr, Abbott filed a "tag-along" on April 27, 2022.

| **Plaintiff(s) Name(s)** | **Case Number** |
|---|---|
| Tracy, Kristine, Roesler, Alyssa, Barnes, Amber, Johson, Robneisha, Williams, Maria, Nelmes, Leanne and Joshua[4] | 3:22-cv-002480 |
| Walker, Hope | 3:22-cv-00174 |
| Hartwick, Kami; Michelle Perez; Ashley Gutierrez; and Malika Gillespie[5] | 3:22-cv-02598 |

---

[4] Abbott removed *Tracy, et al.* to the United States District Court for the Northern District of California on April 22, 2022. While currently assigned to Judge Yvonne Gonzalez Rogers, Abbott filed a "tag-along" on April 27, 2022.

[5] Abbott removed *Hartwick, et al.* to the United States District Court for the Northern District of California on April 27, 2022. While currently assigned to Judge Sallie Kim, Abbott filed a "tag-along" on April 27, 2022.