**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **TERRAINE ABDULLAH,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 22 C 2511 ) |
| | ) Judge Rebecca R. Pallmeyer ) |
| **MEAD JOHNSON & COMPANY LLC,** *et al.*, | ) ) |
| Defendants. | ) |

## MDL REMAND CLOSING ORDER

    Pursuant to the Memorandum Opinion and Order [35], this case is remanded, forthwith, to the Court of Common Pleas of Philadelphia County, Trial Division, Civil Action Number 220302583. The Clerk of the Court is directed to send a copy of this order to the United States District Court Pennsylvania Eastern (CA.No. 22-01684). Civil case terminated.

ENTER:

Date: October 14, 2022

_____
REBECCA R. PALLMEYER
United States District Judge